IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUY NGUYEN,

     Plaintiff,                   No. CIV S-12-0193 CKD P

   vs.

MARSH, et al.,

     Defendants.          <u>ORDER</u>[1]

_____/

         By an order filed February 3, 2012, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis

////
////
////
////
////

---

[1] On February 27, 2012, plaintiff consented to the jurisdiction of the undersigned. (Dkt. No. 5).

1

1  affidavit or paid the appropriate filing fee.  Accordingly, IT IS HEREBY ORDERED that this
2  action is dismissed without prejudice.
3   Dated: March 15, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
nguy0193.fifp